# EXHIBIT C

# TRIMACO

HOME    ABOUT US    INDUSTRIES    PRODUCTS    NEWS + EVENTS    CONTACT US


PAINT


FLOORING


AUTOMOTIVE


CONSTRUCTION


MARINE


PACKAGING


WOOD WORKING


REQUEST TO LOCATE PRODUCTS


Trimaco offers a full line of Tyvek® protective wear!
see more



DuPont™ SafeSPEC™ 2.0

## TOTAL JOBSITE PROTECTION

With roots back to 1906, Trimaco's foundation is based on experience, integrity, innovation and customer support. Trimaco is a manufacturing leader in the paint, construction, flooring, marine and automotive industries. We offer a comprehensive selection of surface, personal and jobsite protection products. Our goal is to be your single source for total jobsite protection.

Learn more about our line of products

**FEATURED VIDEOS**    see all videos | subscribe to YouTube channel



"I'M STILL FINDING USES FOR THIS MULTIPURPOSE STUFF. IT'S NOT EXACTLY A FABRIC, NOT EXACTLY PLASTIC. REALLY TOUGH TO TEAR, BUT EASY TO CUT WITH A SHARP UTILITY KNIFE. SIMILAR TO THE SYNTHETIC UNDERLAYMENTS I'VE USED FOR ROOFING, BUT USEFUL FOR SO MANY PURPOSES. SO FAR, IT'S A DROPCLOTH, A CARPET PROTECTOR, A WOODPILE COVER, AN UNDERLAYMENT FOR A TRICKY ASBESTOS SHINGLE JOB, AND I'VE STILL GOT MOST OF THE ROLL LEFT."
– AQUASHIELD - THD.COM REVIEW

MORE +



## NEWS + EVENTS

| 06/24/2016 | New X•Paper - tough protection |
| 06/23/2016 | Surface Protection Videos! |
| 06/15/2016 | E-Z Up™ Pole Bag for easy transport |

See More

HOME   ABOUT US   INDUSTRIES   PRODUCTS   NEWS + EVENTS   CONTACT US   SITEMAP   UK    Copyright © 2016 Trimaco, LLC. All Rights Reserved

← → http://www.trimaco.com/floor-shell-flooring.php | FloorShell | Trimaco ×

# TRIMACO

HOME | ABOUT US | INDUSTRIES | PRODUCTS | NEWS + EVENTS | CONTACT US



PROTECTS WOOD, CONCRETE, STONE, TILE, LINOLEUM, EPOXY, VINYL COMPOSITION TILE (VCT), AND MOST OTHER FLOOR TYPES.

**LOCATE OUR PRODUCTS**
*click to submit request*

## CONTRACTOR STRENGTH FLOORSHELL™ RECYCLABLE SURFACE PROTECTION

FloorShell is a Contractor strength floor protection roll for your toughest jobs. Made from 100% recycled newsprint, this item is eco-friendly and reusable. FloorShell protects wood, concrete, stone, tile, linoleum, epoxy, vinyl composition tile (vct), and most other floor types. Worried about spills? Our new innovative liquid repellent technology protects against paint, mud, water and more!

Earn up to 2 LEED points on projects seeking USGBC Certification

*FloorShell Surface Protector*

| ITEM # | PACK | SIZE |
|---|---|---|
| 12385 | 1 | 38" x 50' |
| 12380 | 1 | 38" x 100' |

*FloorShell Seam Tape*

| ITEM # | PACK | SIZE |
|---|---|---|
| 12390/12 | 12 | 72mm x 54.8m (2.83" x 180' – use as 3") |


see the video

**JOBSITE CALCULATOR**
sqft: [    ]
FloorShell:      rolls
Seam Tape:      rolls

*Calcuation is based off of 38in x 100ft roll of FloorShell and 180ft seam tape. Rounded up to nearest whole roll.*

## FEATURED PRODUCTS



X-BOARD SURFACE PROTECTION — The lightweight, but tough alternative for... learn more

FLOORSHELL™ RECYCLABLE SURFACE PROTECTION — FloorShell is a Contractor strength floor... learn more

ONE TUFF™ PROFESSIONAL GRADE DROP CLOTH & FLOOR PROTECTOR — Made of DuPont™ Sontara® fabric... learn more

STAY PUT™ SURFACE PROTECTOR — Safety meets performance in Trimaco's new... learn more



ADJUSTABLE FILM APPLICATOR CARPET & HARD SURFACES FILM — This easy to use roller design allows for fast... learn more

BUILDER'S, RED ROSIN & FLOORING PAPER — Economical kraft construction paper, in easy to... learn more

AQUA SHIELD™ ULTIMATE SURFACE PROTECTION — Try the new, widely-acclaimed Aqua Shield... learn more

SUPERTUFF™ SURFACE PROTECTOR — This heavy duty surface protector is absorbent... learn more