# EXHIBIT D

Case: 1:16-cv-02305-SL Doc #: 1-4 Filed: 09/16/16 2 of 4. PageID #: 28

Fay Sharpe LLP
Intellectual Property Law

**Brian E. Turung**

Direct Dial: 216.363.9108
**Email:** bturung@faysharpe.com

July 22, 2016

Mr. Charlie Cobaugh
Founder
Trimaco, LLC
2300 Gateway Centre Blvd., Suite 200
Morrisville, NC 27550

*Via Registered Mail*

RE: Trimaco, LLC Patent Infringement
Our Ref: GARI 300085US01

Dear Mr. Coubaugh:

This firm represents Garland Industries, Inc. ("Garland") in intellectual property matters. Recently, it has come to our attention that Trimaco, LLC is advertising, offering for sale and selling a product by the name of Floorshell®. This product appears to be a floor protection product formed of a paper board material and includes two parallel grooves to facilitate in the bending of the paper board along such grooves. Pictures of this product are set forth as follows:

CONTRACTOR STRENGTH
FLOORSHELL
RECYCLABLE SURFACE PROTECTION
TRIMACO
SPILL BLOCK

The Halle Building, 5th Floor ■ 1228 Euclid Avenue ■ Cleveland, OH 44115
**Telephone:** 216.363.9000 ■ **Facsimile:** 216.363.9001 ■ www.faysharpe.com

PROTECTING IDEAS SINCE 1884

 

The Floorshell® product is appears to fall within the scope of the claims of U.S. Patent No. 9,365,385. (Copy enclosed). Garland assumes that Trimaco is a reputable company which respects the intellectual property rights of others and is unaware of Garland's U.S. Patent No. 9,365,385. Therefore, Garland requests that Trimaco take the necessary actions to terminate the sale of Floorshell® product to avoid further infringement of Garland's patent rights.

Written assurance within the next fourteen (14) days is requested from Trimaco that Trimaco will agree to immediately terminate further sales of the above Floorshell® product or any similar product.

Very truly yours,

Fay Sharpe LLP

Brian E. Turung

Case: 1:16-cv-02305-SL Doc #: 1-4 Filed: 09/16/16 4 of 4. PageID #: 30

Mr. Charlie Cobaugh
Page 3
July 22, 2016

bcc: Janice G. Manning

PROTECTING IDEAS SINCE 1884