# EXHIBIT E

# BARNES & THORNBURG LLP

*btlaw.com*

11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 236-1313
Fax (317) 231-7433

Jeffrey T.G. Kelsey
(317) 231-6412
Email:  jkelsey@btlaw.com

August 5, 2016

**<u>Via Email</u>** (bturung@faysharpe.com)
Mr. Brian E. Turung
Fay Sharpe LLP
The Hale Building, 5th Floor
1228 Euclid Avenue
Cleveland, Ohio 44115

    Re:  Trimaco, LLC

Dear Mr. Turung:

   We represent Trimaco, LLC and have been asked to respond to your letter of July 22, 2016. Trimaco respects the intellectual property rights of others, but we will need some time to evaluate the matters raised in your letter.

   To assist us with our analysis, we ask that you identify the patent claims that are the focus of your inquiry. Please also provide some better explanation of the arrows and other markings in the photographs included in your letter.

     Yours very truly,

     BARNES & THORNBURG LLP

     Jeffrey T.G. Kelsey