# EXHIBIT F



**Brian E. Turung**

Direct Dial: 216.363.9108
Email: bturung@faysharpe.com

August 11, 2016

Jeffrey T.G. Kelsey
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
jkelsey@btlaw.com

*Via Email Only*

RE:   Trimaco, LLC Patent Infringement
Our Ref:  GARI 3 00085 US01

Dear Mr. Kelsey:

I am in receipt of your letter dated August 5, 2016.  In response to your questions, the arrow in the pictures of our letter dated July 22, 2016 point to the depressions in the Floorshell® product that are used to fold the Floorshell® product.  With regard to the claims of Garland's U.S. Patent No. 9,365,385, it appears that at least claims 1-5 cover the Floorshell® product.

Very truly yours,

Fay Sharpe LLP

Brian E. Turung

The Halle Building, 5th Floor ■ 1228 Euclid Avenue ■ Cleveland, OH 44115
Telephone: 216.363.9000 ■ Facsimile: 216.363.9001 ■ www.faysharpe.com

PROTECTING IDEAS SINCE 1884