# EXHIBIT G

# BARNES &THORNBURG LLP
*btlaw.com*

Jeffrey T.G. Kelsey
(317) 231-6412
Email: jkelsey@btlaw.com

11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 236-1313
Fax (317) 231-7433

August 19, 2016

**Via Email** (bturung@faysharpe.com)
Mr. Brian E. Turung
Fay Sharpe LLP
The Hale Building, 5th Floor
1228 Euclid Avenue
Cleveland, Ohio 44115

      Re:    Trimaco, LLC

Dear Mr. Turung:

      Thank you for your letters dated July 22, 2016 and August 11, 2016. We have reviewed U.S. Patent No. 9,365,385, which was identified in your letter, and have concluded that Trimaco does not perform the methods claimed in the '385 patent. Furthermore, Trimaco does not currently produce a floor protection product that includes two parallel grooves.

      Trimaco prides itself on its ability to innovate. As an innovator and competitor in the marketplace, Trimaco respects the intellectual property held by others. We do not see any conflict between the claims of the '385 patent and Trimaco's business.

      Please do not hesitate to contact us if you believe that we have overlooked some pertinent matter.

Sincerely,

BARNES & THORNBURG LLP

*[signature]*

Jeffrey T.G. Kelsey

DMS 4256699v1

Atlanta   Chicago   Dallas   Delaware   Indiana   Los Angeles   Michigan   Minneapolis   Ohio   Washington, D.C.